# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154918(14)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANIEL GUZMAN,
      Defendant-Appellant.

_____/

SC: 154918
COA: 334427
Hillsdale CC: 15-393722-FC

On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing its answer is GRANTED. The answer will be accepted as timely filed if submitted on or before August 15, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2017



Clerk